85 A.3d 878

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Susan Whittington RUSSELL, Respondent.

Misc. Docket AG No. 58, Sept. Term, 2013.

Court of Appeals of Maryland.

Feb. 27, 2014.

## ORDER

This matter having come before the Court upon the filing of a Joint Petition for Reprimand By Consent, and the Court having considered same,

NOW, THEREFORE, it is this 27th day of February, 2014,

ORDERED, by the Court of Appeals of Maryland, that Susan Whittington Russell, Respondent in the captioned disciplinary proceeding, is hereby reprimanded for engaging in professional misconduct that violated Rule 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct.